IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLEN R. CALDWELL,

        Plaintiff,        CIV. S-03-0716-LKK-PAN-PS

   v.

GINGRICH, et al.,                ORDER

        Defendants.
_____/

        This matter was referred to the Honorable Peter A. Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302.  On April 18, 2005, Judge Nowinski recommended that defendants' motion for summary judgment be granted.  On May 4, 2005, plaintiff filed objections to the findings and recommendation.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the

magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1.   The Findings and Recommendations filed April 18, 2005, are adopted in full;

    2.   Defendants' motion for summary judgment is granted; and

    3.   This action is dismissed.

DATED: August 15, 2005..

                                    /s/Lawrence K. Karlton
                                    UNITED STATES DISTRICT JUDGE